My name is Katheryn F. Schimming, I am writing becaue I am having issues with the facility I am currently housed in. I reside at Montana Women's Prison, in Billings, MT, 59101.

I am wanting to file a law suit in regards to these issues within the prison and the grievances I have filed along with the numerous kits that I have sent to the Warden with issues or put in the mail to the Director of DOC along with a few other offices in Helana and never heard a response back to those.

My 8th Admedement Cause:, 42: 1983 Prisoner Civil Rights along with my 1st and 6th Amendements all of these are in due to me and being declined the proper medical care of major health concerns that I came in with that I was scheduled for a surgery for, mail being withheld or not given to me at all write-ups being wrote wrong and having improper wording that shows exessive amount of time umong many other things within this facility.

I have been discrminated against on many occassions, by many staff from the top to the bottom of the ladder. I am treated less-than human with no concern for my safety or medical long-term welfare.

I have exhausted the grievance process with no help. Our grievcance officer was showing staff the grievcances and discussing with them before myself or others. I have been retaliated against and fear further retalation from and within this prison system and further DOC facilities, it has been from excessive write-ups or unessessary write-ups, pod moves, being found guilty due to looking suspicious on camera, or being told well your side of the situation does not match the staff side of the situation so guilty and from the officer i grieved due to his conduct with me. The officers say they will always take another officers side before an inmate as they have to have each other's back and inmates lie as the grievance officer and other officers have stated umong other reasonings.

I am encolosing a letter, of the things that have occured while I've been incarcerated; and that still continue to occur. Also in this letter there are things that are of serious concern within this facility that are a danger to my health along with other inmates health as well that I am wanting to file complaints about and have addressed concerns about to Helena also within the last 6 months. I will supply you with names for a class action suit if needed for the facility wide issues when needed thank you for your time in this matter.

I would greatly appreciate your help in filing this lawsuit along with the class action lawsuit. Thank you for your time in these matters.

Sinccerely,

Katheryn Schimming
AO#3032701

am not allowed to admit I am a victim of severe DV, as that is what led to my charge I was very afraid of the co-defendant, the staff & threats screaming yelling taunting have me more afraid for my safety unsafe situations I wont talk to anyone anymore out of fear of retaliation or worse.

1. **Majority of my disiplanary write ups (that we are told are legal and they go into our files and records) that are legal and to be taken seriously then when wording is done wrong dates or times not done in time frames nor being filed out correctly in areas (who what when where and why area) being found gulity as looking susupisous ? (wouldnt be like that in a real hearing) and wording is how things are said is important but here I have been told it is not important staff were in a rush or they messed up but it is as this is my life not their's**

2. Been denied 4 times to get into class that is court ordered (was told it goes by sentance end and parole elgibility date, though its been seen that inmates get in that have longer times before parole, or inmates that got dropped from the class from either too many missed or going to the hole get back in the next round from) have kite that tells me its noted then another that is noted and i will be in the next one that starts and I didnt get to get in and i waived my parole for that

3. Education states there is a waiting list for computer class and you have to have 90 days clear conduct to be considered though when new inmates come in or inmates complete their Hi-Set they get into computers before inmates that have been on waiting list

4. Education - My case manager Rich went to ask her to get me into computers and education Pratt told her I would be up soon and that was back in July 2024 and to date nothing yet

5. Education wont allow items from there to be used for college programs that are not DOC nor will they allow quite time to do college work (though one inmate did get time approved to have quite time) Ex. computers to write out papers, high-lighters in a addition to this it was grieved and spoken to with the acting warden (who has been an assistant warden) and was told "NO" also along with inmate services denying myself to purchace my own high-lighters for my classes saying "they could be used to do tattoo's" did grieve all of this only thing that was found out was grievance officer said "college inmates are allowed the high-lighters and they stay with them after he spoke with some of the inmates"

6. When inmate(s) make complaints about staff conduct the complaints get ignored if you kite the Warden you don't get a response and if you grieve it they get denied

7. **Minor hearing officer having Lt view camera for them to see if I am guilty of my write or not when it is his job to do so as he is the one conducting my hearing and the Lt is the one that views camera to sign and verify the write up to be given in the first place it is up to the hearing officer to hear the other side of the situation and decide and view all evidence**

8. When inmates make complaints to staff about roomates that are consistant and are not stopping and we get told to report to staff if you are feeling unsafe and all complaints will be taken seriously they dont though as they get blown off and you get told to do a room move and if your not able to do a room move due to no clear conduct or already did one in last 6 months then your told "your only option is to refuse to lock down" ( which then results in a write up and going to the hole ) and in addition to this other inmates at times press button as they hear a fight and staff come up but dont see the fight they then ignore it as they say "well we didnt see

it so it didnt happen" or the fight continues and then they are like well it happens.

9. To the abouve I got assulted when I was on Echo pod in cell 313 staff did not see this, the two staff talked to all 3 of us in the room and looked at my face and my glasses and then decided the inmate wouldn't go to the hole as they didnt see it. I was then left in an unsafe room until room move got apporved days later assulted again another officer came up there was a paper towel covering window and was asked if i was ok other inmate answered for me officer seen i was crying and asked again and then just left even without me responding to him spoke to him next day in yard and told him why I couldnt answer and was told "its too late now you think you would know better to speak up." My glasses are bent on the left side and I also had mark on left side of my face and they said there was "no need for pictures as it was just red."

10. Property items missing when I went to the hole (2 times) i refused to sign property reciepts and wrote down all items missing and sent copies of them to property, Lt. Patterson, and greivance officer. Have asked if any items recovered and was told by 1 officer "there was some but they got destroyed per Wardern" kited warden no response and was never given property reciept for those items. Also during my class with this officer I had asked on numerous occassions for a property reciept was told she would bring one up to me when she got time. Spoke with her after i used property reciept that I was told she brought up to me from roomate (NH) and officer told me "no i didnt bring one up to so now you have the consequences fo your actions".

11. Mail CO not allowing me to mail out items that i recieved when I was in the hole as they are INDIGENT supplies and I was given them when i was in the hole and still had mine from when I got checked into the prison my first day but according to inmate service and property per the Mail CO we as inmates do not get those items at admission here either and the toothbrushes are not what we get on commisary either they say

12. **Wrote up for missing work and lying about why I had to miss work when i had a video visit ( those the outside family/friends set them up not us and we get notified 24hrs in advance when they pop up on the screen the day/night before at this time I had CPS it was active so they told me in court all video vists and phone calls with kids could be pulled if needed so it was considered legal**

13. Inmate services along with a Lt. destroyed my hobby order that I had not yet signed for as recieving money was deducted from my account along with a yarn order and another hobby order. I had a grievance in on this the first one was denied like all others and I took chance this time to go to 2nd step and becuse the Warden didnt answer in her time frame I was told "its been held to long and it is just going to be destroyed" wasnt given option to send out anything and it was done during the grievance process, while still being grieved

14. Property officer will make you destroy you items if tag falls off or is to faded as he says he cant trust anyone meaning inmates to be truthful ( unless your in his favorites ) even if officer takes it during a shakedown he says "it needs to be destroyed and make you then purchase 2 to replace

the one and when you try to dispute it is yours, your told well you should of kited before the tag fell off or before it got this faded." When we do kite property he states "majority of the time he doesnt recieve them saying we are lying about sending one or more to him about it or we didnt do it soon enough" (he does kites every friday but for the week before that is what he has told us)

15. When I have kited the Warden since i have been here about staff conduct or major issues along with staff not following policies or the guidelines that are posted (only) on some of the pods i have never recieved a response, they just get ignored.

16. Shakedown an officer took my sheets from my bed and told me she was taking them as i put holes in the sheets and that is distruction of state property and I may be written up for that, afterwards i was not given new sheets that night until the next morning when laundry came around giving out bedding to the rooms on the pod that had bedding washed that morning filed grievance and it was denied

17. **Got fired from my 2 jobs i had in 2023 for being found guilty of a a major write up by inmate services and was told its not grievable because i had write ups evven though the DHO didnt give me that as a punishment and it is a punishment under other sanctions in the disiplanary gride for majors so i got double punished (in addition to this 2 other inmates Cook and Eaton (2 times maybe 3) both got to keep their jobs after being found guilty of major write ups from inmate services)--its discrimination and lack of consistancy**

18. Inmate services has you send out or destroy hobby box when found guilty of major write ups and Cook said her self she didnt have to send hers out as inmate service told her she didnt have to and Eaton hasnt had to either --its discrimination and lack of consistancy

19. Wrote kite and filed a grievance on an officer for screaming and cursing, pointing his finger in my face, and while he was yelling at me he was spiting on me telling me to go lock down for the day later that night I recieved a write up (I got double punished and no response to kite from Warden along with grievance denied)

20. Property items missing along with commissary items missing when i went to the hole (2 times) and each time it was different items i refused to sign property reciepts and sent kites to property co and 1 of the Lt.'s that I was told to send it to by the CO

21. When I was in the hole i was given indigent toothpaste toothbrush deoderant I went to send these out to my family as I wanted to (just to show them) and the mail CO told me, "you am not indigent nor have i been since i got here, so you can revieve a write up for these items or destroy them," and I told him where i got them, and that I also bought the extra toothbrushes off of commissary along with we get a hygiene kit with these exact items up our arrival, and he said "he would have to check in to the toothbrushes but rest is being destroyed as I should of used the other items then or thrown away came back," and told me inmate services and property CO said "those toothbrushes do not come on commissary nor do you get these items when you

come into the prison."

22. After a disagreement with the grievance CO of him yelling screaming pointing his finger and almost feeling like he was going to shove me back onto the pod from the landing on second floor i felt intimidated and threatened, upon me getting angry, upset, and crying at the indiffernce and incompetence of our grievance CO i was sent back to my cell and was locked down for the day, CO came up to speak with and we were out on the landing and the grievance CO radio to him and told him " I locked Schimming down for the day she doesnt need to speak with you bring her back to her cell."

23. December 2023 went to speak with the Assistant Warden about my appealed grievance and he refused to speak with me during this time, (I kited him before this altercation and after also with no response) but he then spoke with 2 other inmates after refusing to speak with me that just went right up to talk to him

24. When I would kite grievance CO to ask what to do since it was past 20 days for him to respond to grievances he would come see and me and tell me " I have no grievance for you what was it about, " I would tell him but gave up after awhile as he would just tell me "well nothing we can do about it now to late to file one now."

25. Grievance officer came to see me on the grievance I filed and sent to the Warden (which she never seen me about it was the appeal or 2nd step) and told me " I will look in to this further and get back to you on the matter ," never did and also he informed me this day that "inmates are to tear off the pink copy and keep for your records so we have a copy for when or if they get lost " and at this time i had already been here for 17 months and never been told that not even in orientation.

26. Was informed by grievance officer that after I was moved to Alpha pod that "you are no longer allowed to file grievances and we are moving you as this was our only alternative to a soulution with you, "we talked alot about you in admin review today and this is the choice we are making to move you, as staff are sick and tired of hearing issues from you, you have became a problem and they dont want to deal with you we need a break" another CO was moving me and he was the one that told me to speak with the grievance Co as he was on the pod also I was upset and crying as i was afraid to move to this pod and it was closed custody. I was and felt like i was treated in humanly, ridiculed and scorn at affecting my wellbeing.

27. Also in additon to being treated humanely and ridiculed I was locked down and was refused my dinner tray to go to dinner or get a clam shell, also within the same week I was using the bathroom and told the same CO it would be a few min as I was on the toilet it was dinner time he closed my door and it was 3 min after the hour and I pushed button for the box and was told i was late for dinner so i couldnt go didnt matter if I was on the toliet or not and was told I could not get a clam shell.

28. Have had property destroyed from property CO  due to label falling off or too faded and cant

read all the letters on it, he states " it your fault for not kiting in a timely manner to get these fixed, your not the only one I do this too, you guys need to be more responsible" but he never acknowledges he gets the kites when i have asked him when we see him he says " wait for me to call you down , or because you asked about it you will have to wait longer now, or just plain says i never recieved a kite from you." He has also told us that when we do kite him he looks at them every Friday and deals with the week before so he is always a week behind.

29. Discrimination from inmate services as some job postings she will fill them before the posting is date is up and all applications are in. Inmate services has also said the hiring process she goes by is " I look at all applicatnts and see who has clear conduct then i see who hasnt had a job before and who has and i give those who havent had a job first dibs then those who havent had a job in quite a while before ones that have recentley had jobs. Though this is not true as some inmates have been hired for different or same postions 4 to 5 times.

30. Inmate services does the hiring for all the jobs here at MWP, except for Industries, Dog Pod, and Kitchen ( parenting is to be done by IS, but the lady in parenting actually chooses), but when inmates get major write ups not all inmates are fired from their jobs some get to keep to them even though they are found guilty as 2 inmates one that works in the library and one that works in parenting got to keep their jobs and the parenting one was 2 maybe 3 times she was found guilty.   though it makes no sence why inmate services makes that choice as it is in the disiplanary section of policies under the santion grid for majors under other sanctions the the DHO can fire you.

31. Alot of interations with inmate services and spoke with my case manager about majority of them and case manager told me to try and stay away from her as much as possible as ever since i grieved  her about my jobs and hobby there has been numerous hostile uncomfortable interations that result in her telling me she is writing me up or mentions this could be a write up.

32. Right to privacy was violated numerous times in parenting as duing my lawyer calls (besides the workers that have to be there as I am an inmate) the inmate worker along with other inmates would be in and out of the room of the calls during my court hearings also along with more major calls with child protective services and my family engament meetings along with CFS court hearings which are closed off to the public

33. Under medical care Dr.McMurry would not and still has not listened to me since the day i first seen him as i arrived back on July 20th,2022 seen him a few weeks after. Though i told him I was scheduled for a surgery for my esphoegas by ADLC  it was scheduled for sometime in Sep of 2022 when i was an inmate there and told the prison but i was told we are just going to add liquid antacid and that will have to surpass. I have a numerous appointments asked and told him about my swallowing issues and was told just to keep taking what i was percribed as previous medical problems would not be addressed unless life threatening to this date i have never been able to get it rescheduled.

34. Wrote up for piercings that i had since the day I came in July 20th ,2022 I was checked in by CO Holm and Lt. Stockton was there also. I even wrote down my other piercings i have holes but not the jewlery so i wouldnt get into trouble . I recieved 1 write up and that night i got questioned it was after 11 pm at night and Lt on duty told me "if i didnt tell her were i got it from i would be going to the hole, and you will be strip searched." I felt intimidated and threatened so i told her i had lost my ball and got a replacement ball from an imate who had visting through parenting as that is where alot of things get snuck in at.

35. Got wrote up a 2nd time for piercing as i forgot about my belly button one and on the first one i never did end up getting stripped searched or the belly ring would of been seen so i recieved another write up. There are numerous girls in here still to this day that come in with piercings and still have them in as i am writing this nothing is consistant but the inconsistantcy. Also when i recieved these write up there was still inmates with piercings also they picked and choose who they go after.

36. Fell off of metal bunk that is 3 tier high on Bravo pod it was Cell 203 I landed on my right hip butt area hitting my right foot left side of it sargent came up told me to get up I would be fine I had help going to get my meds from to other inmates got threatened to be wrote up for that by the sargent, later that night but before I got meds he said he would notify medical so i could be seen and he never did as I went to medical next day for my wrist for a follow up and they then learned about the fall from me

37. Was put into Pre hearing confinment for an investigation into sending out emapthy (victim) letters to my kids when i was in a year long program and assistant warden didnt look to see that i was allowed contact with my kids and that i had just seen them during kids day that month in may along with visting them friday and sunday also. (according to our policy pre hearing confinment is for at high risk offenders or)

38. Recieved a write up due to having glitter cardstock that I had in my possession since November of 2022 when the new inmate service lady handed out hobby orders and left all hobby order on the pod with inmate(s) and i had just recieved my 1st hobby permit so i didnt know it wasnt allowed to stay on pod as since that Nov every month there was  shakedowns and not one officer wrote me up for it or took it away nor when I went to the hole 2 times did it get taken from me and even a LT. was present during going through my items when i went to the hole 1 time but when i recieved a write up from parenting also and got kicked out of parening inmate services had 2 officers go search my cell and they pulled these and 1 of the officers was one that did my room search numberous times other was a trainy. ( the 1 officer older one said she was told by inmate services to take everything hobby related cardstock and all)

39. Recieved a write up from parenting for stealing when they searched my folder that day and I was found guilty the hearing officer said because i looked susupisous on the camera ( and we are told these write ups we are to treat like they are real life tickets no judge will find you

*guilty for looking suspisous need concrete sure thing evidence)*

40. Interactions with inmate services all the time if there is an indifference between us in any form or any way it always results in her telling me i am going to get wrote up or this could be a write up ( one interation was when i asked her about write up in may she said there was no way the officer told you that I told her to search your room and if I find out your not telling the truth it will not be good for you and meet with Lt on duty and they went to F pod where that officer was to speak to her.

41. Mail held by mail CO

42. Inconcistant rules not following DOC guidelines or policies unless it suites the officers Lt inmate services etc.

43. Inconcistant rules with inmate services as when she was on vacation the same picture she denied her boss (I assume) Lt she talks to all the time approved the picture but has approved picture of that nature for others

44. All picutes inmates had on computer all got deleted around April of 2023 with no notification to the inmates and it was pictures that inmates have had on there for awhile and was told by inmate services that we are in prison we dont need to notify you of those small changes. About 4 months later we got sent a notice that picutes 3 months old would be deleted going forward.

45. **Told that my wite up wold be dropped that i went to the hole for the 2nd time by the Warden as i kited her about this and told her we talked and i told her where and when and about what , it never made it on to my classifications so i assumed it was dropped but when i got copies of my writes ups from the DHO it is still in there.**

46. **Inmate unrespoinsive and blue Lt and CO's came up then a few minutes later the nurses I was trying to inform CO's of vital information and was told to shut up I then wrote it on paper and put it with my laundry and brought it over to the machine FACILITY LOCKDOWN WAS THEN CALLED I went back to my room locked down but was told Ness was coming back to get me to take me off of pod along with others ( that is why i didnt blurt what I knew) well 4 1/2 hrs later I got put into Pre Hearing Confinment for safety and security along with a drug test before this and when I asked for a clam shell as it was my pod dinner time I got denied as F and C pod already ate.**

47. **Had to send out yarn that I recieved that day before the about incident of going to the hole I got told it all had to be sent out as it doesnt fit into your 2 totes and i knew it didnt as i just got it and didnt start working on the blankets i grieved it and was told because it sat in faciltiy for to long it was mail out or destroy i choose mail out even though I could get 2 blankets done in about 10 days when I mailed it out it sat in facility again for almost 2 weeks before going out in the mail.**

48. Inmates services and the Lt destroyed my hobby items that i had not yet even signed for and 1 that I had signed for but came off after i got new hobby permit and was told I could I couldnt have as it was under old hobby permit didnt even get a chance to mail out when i grieved this

49. Mail CO sending back mail due to it having adhesive name tag from a church fellowship place but then allows adhesive name tags from other places not consistant with his choices.

50. Mail CO allowed mail in from my victim, so I assumed the no contact was lifted went to send out letter and the Mail CO sent it back telling me not allowed could result in write up and further charges

51. Upon coming to MWP i was taking Imiatrex daily at ADLC for migraines that are a result of my severe domestic abusive relationship. I am only allowed to now take it 4 times a month and have to do a 4 hour lay in i got told it is pursuiant to DOC policies, i have inquired to seek other alternatives as i get headaches daily sometimes severe almost to migranes or all the way to migranes that includes nausea also. All i was told is to order ibprophen and tylenol off of commisary and take that instead but not for to long as it could cause other problems but this is an ongoing problem.

52. Roomate thowing my belogings around the room CO seen items all over room and did nothing about it afterwards went to Lunch chow run and that same inmate made threats towards me as I was standing next to this CO and still did nothing about it even though that inmate stood up and made direct threats towards me just told her to sit down. The admission CO said she would talk to me after count cleared and instead she pulled out the other inmate spoke with her then took me out next from chow hall and told me i need to stop and let things go and get along. Then the original CO came to the room and told me I am just trying to keep the peace so let it go.

53. Was pulled out onto landing by a CO and was told by him that the Lt. told him to let me know there was no reason to press PREA that was no reason to and that if I speak or ask to speak with another officer regarding incident(s) from yesterday or today you will then be going to Fox ( the hole)

54. HAD MY BROTHER EMAIL THE DOC DIRECTOR IN HELENA TO LET HIM KNOW OF ALL OF THE CORRUPTION GOING ON WITHIN THE PRISON THE MISTREATMENT AMOUNG THE STAFF THE HOSTILE ENVIROMENT INTEMIDATION FEAR I HAVE AS AN INMATE MY ISOLATION OF MYSELF. THE PURPOSE OF THE EMAIL ALSO WAS TO MAKE IT CLEAR TO TALK AS MY RIGHT TO PRIVACY VIOLATION OF MY PRIVACY, BREACH OF CONIDENCE AND SECURITY BEING VIOLATED, THE INDIFFERENT AND UNCONCERNING WITH MY LONG TERM HEALTHCARE AND PROBLEMS ALONG WITH SHOWING DELIBERATE INDIFFRENCE TO MY MEDICAL NEEDS, THE ASSULTS THAT HAPPEN WITHIN HERE THAT GET IGNORED, ALONG WITH ME GETTING ASSULTED WITH NO MEDICAL ATTENTION GIVEN ON AN INCIDENT BEING PUT BACK INTO HOSTILE ENVIROMENT WITH NO CARE AND CONCERN FOR MY SAFETY AND WELL BEING. STAFF BEING INTEMIDATING

*MAKING ME FEEL THREATENED. BEING TALKED TO AND TREATED INHUMANLY WITHOUT RIDICULE AND SCORNED TOWARDS. CORRECTIONAL OFFICERS WRITING INFRACTIONS INPROPERLY WITH DATE AND TIMES ALONG WITH WORDING. THE DISCRIMINATION THAT GOES ON WITHIN HERE. INCONSISTANT RULES, NOT FOLLOWING DOC GUIDELINES UNLESS IT SUITES THEM( STAFF). INCONSISTANT ON HOUSING CLASSIFICATIONS NOT FOLLOWING POINT GUIDELINES. INCONSISTANT WITH COURT APPOINTED PARTICIPATION CLASSES THAT ARE NEEDED FOR PAROLE. DISCRIMINATION AND UNJUST TREATMENT.            AFTER MY BROTHER SENT EMAIL ASKING FOR ME TO BE ABLE TO SPEAK WITH HIM AND THAT IT WAS URGENT AND I HAVE EXAUSTED ALL OF AVENUES THE NEXT DAY I SEEN A CRIMINAL INVESTAGATOR NAMED TY AND THE PREA OFFICER WAS WITH HIM JEWELL I HAD TO KITE AND KITE OR REQUEST TO SEE THEM AGAIN SEEN TY 2 MORE TIMES AFTERWARDS AND WAS TOLD I WOULD SEE HIM AGAIN THE NEXT WEEK AND THAT STILL TO THIS DATE HAS NOT HAPPENED AND I HAVE BEEN WAITING SINCE FEBUARY.*

**\*\* THE ITEMS BELOW ARE FACILITY ISSUES THAT ALL OF WHOM HAVE SENT IN THERE OWN PERSONAL ISSUES ALSO SHOULD HAVE THESE AS THE ARE WITHIN THE BUILDING**

1. STAFF SAYING THEY DONT RECIEVE KITE, STATING THAT WE NEVER KITED THEM

2. GRIEVANCE OFFICER STATING THAT ALL INMATES LIE THAT IS WHY WE ARE HERE

3. ~~OTHER S~~ EXTREME SHORTAGE OF STAFF MAJORITY OF THE TIME

4. STAFF ASSUMING INMATE OR INMATES ARE LYING AND WONT LISTEN TO THEM IF THEY HAVE ISSUES GOING ON NOT LIKING THAT INMATE AS MUCH AS THE OTHER INMATE IF THEY ARE HAVING PROBLEMS ~~PROBL~~ KITES NOT GETTING ANSWERED

5. ~~EMS WITH~~ STAFF TELLING INMATES, ABOUT OTHER INMATES PROBLEMS, WRITE UPS, OR WHAT OR WHY THEY ARE LOCKED DOWN

6. STAFF TURNING A BLIND EYE ON INMATES THEY DONT LIKE

7. COMPLAINTS ABOUT STAFF CONDUCT GET IGNORED

8. Black MOLD ON EVERY POD IN THE TOWER FROM THE CEILINGS TO THE FLOOR IN THE SHOWER AREAS KITCHEN AREAS ETC. LT. HUST HAS NIGHT SHIFT AT LEAST ONCE A WEEK SCRUB SHOWERS TO GET RID OF IT AND PREVENT IT AS MUCH AS POSSIBLE AS UPPER MANAGEMENT WONT DO ANYTHING ABOUT IT G + H pod have black mold also as inmate on D pod said on H pod showers have chipped paint you can see it growing and Warden and Assistant Warden told maintuance to paint it over or have garden crew paint it.

9. IN KITCHEN, HALL WAYS, IN PODS, THE CEILINGS HAVE BROWN RINGS(SPOTS) FROM WATER DAMAGE AND IT HAS REULTED IN BUCKETS BEING PUT UNDER THOSE AREAS TO GET WATER WHEN IT DRIPS

10. BROWN REDDISH STAINS ON VENTS IN ROOMS

11. VENTS ARE RECYCLED AIR AND VENTS DONT GET CLEANED OUT THERE IS FUZZ ON

THEM ALOT OF THEM TIMES WE HAVE TO CLEAN OFF AND HAVE TO STACK CHAIRS TO DO SO OR STAND ON DRESSER. MAINTANCE DOESN'T CLEAN THEM.

12. NEW PHONE SYSTEM WE ARE NOT ABLE TO MAKE CALLS MOST OF THE TIME AS THE WIFI DOES NOT WORK IN THE CELLS UNLESS YOUR CLOSE TO THE ROUTER AND IF STAFF ARE NOT ON PODS WE CANT GET OUT OF CELL TO USE PHONES OR TRY TO RECONNECT TO WIFI MAIL CO SAYS WE WERE NOT GURANTEED WIFI IN CELLS, THOUGH G AND H POD HAVE IN THERE ROOMS.

13. VIDEO VISITS WE CAN NOT DO THEM UNLESS STAFF ARE ON THE POD NOW AND VIDEO VISITS HAVE NOW DOUBLED IN PRICE

14. SOME INMATES ARE ALLOWED TO KEEP CONTRABAND ITEMS THAT WE USE TO BE ABLE TO ORDER AND NO LONGER CAN AND OTHERS HAD TO DESTROY, along with other contraband staff pick and choose.

15. STAFF YELL, SCREAM, BELITTLE, NAME CALL, TAUNT, TEASE AND CURSE AT INMATES ( IF INMATES DO THIS THEY GET LOCKED DOWN OR GET WROTE UP OR GO TO THE HOLE )

16. STAFF HAVING RELATIONSHIPS WITH OTHER STAFF ( THEY HAVE MOVED SOME STAFF TO OTHER SHIFTS)

17. WHEN DHO GIVES INMATE LOSS OF CANTEEN INMATE SERVICES TAKES IT AWAY FOR THAT WEEK. IF CANTEEN NOT PASSED YET THEN THE ORDER THAT JUST WENT IN GETS TAKEN ALSO AND THEN SHE HAS YOU ORDER JUST HYGEINE OR MAIL ITEMS SO YOU GET PUNISHED FOR MORE THEN ONE WEEK AS SHE STATES IT IS TO COMPLICATED FOR HER TAKE OUT FOR THE WEEK OF

18. BOARDERS AROUND THE CARPETS ON THE POD ARE A TRIPPING HAZARD

19. CARPETS ON PODS HAVE WATER STAINS TO WHERE THEY SMELL AND HAVE MOLD UNDER THEM AS THEY HAVE NO BEEN CHANGED OUT FOR OVER 10+YRS

20. CELINGS HAVE WATER STAINS, CUTS IN THEM, MISSING TILES, cracking/breaking chipping

21. SOME STAFF GET PROMOTED TO HIGHER POSTIONS THAT HAVE BEEN GRIEVED, OR WE COMPLAIN ABOUT FOR THE WAY THEY SPEAK TO US BY TELLING US WE WONT AMOUNT TO ANYTHING THAT IF WE WANTED TO BE LIKE THEM WE WOULDNT BE WERE WE ARE NOW THAT WE WONT CHANGE OR WE WOULD OF BEFORE COMING HERE, AND THEN THEY TEACH CLASSES THAT ARE TO HELP WITH OUR PAROLE LIKE VICTIM IMPACT AND THEY ALSO BECOCME RE-ENTRY OFFICERS, even though they are negative and poor attitude with inmates

22. STAFF EAT IN CHOW HALL WITH INMATES AT MEAL TIMES, BUT THEN THEY ALSO GET CLAM SHELLS TO GO FOR THEMSELVES TO GET AN EXTRA MEAL, AND THE EMPLOYESS ( STATE) OF THE KITCHEN LET THEM, OR THE STAFF CAN GO INTO THE KITCHEN AND GRAB BAGS OF CHIPS, CEAREL, BAGELS, OR PRETTY MUCH WHATEVER THEY WANT THAT IS ACCESSIABLE. OR THEY GET DIFFERENT MEAL THEN WHAT WE ARE HAVING

AND THEY TELL US INMATES THIS IS A PRIVLAGE OF BEING STAFF AND NOT AN INMATE THEY ALSO TAKE FOOD FROM MEAL OUT OF THERE IF THEY DONT FINISH

23. IF 5 OF MORE INMATES GRIEVE THE SAME ISSUE OR KITE ABOUT THE SAME ISSUE WE GET ACCUSED OF CONSPIRICAY AND SAY WE ARE ACTING OUT and Rioting against staff

24. SOME INMATES GET WROTE UP FOR THINGS WHILE OTHER INMATES DO THE SAME THING AND DONT GET WROTE UP FOR IT ( WE KNOW AS WE ALL TALK )

25. THE LT. AND OR WARDERN ASSISTANT WARDENS USE CORPORAL PUNISHMENT ON PODS WHEN PEOPLE TEST POSTITIVE FOR DRUGS OR IF INMATES FIGHT AND THERE HAS BEEN TENSION ON THE PODS. WHEN INMATE GOT INTO A VERBAL ALTERCATION THEN THEY LOCKED THE ENTIRE POD DOWN ALL DAY AND TAKE AWAY REC TIMES MEALS TIME ECT, (order us clamshells) sometime allowed to go to meals, it depends what corporal punishment was for also CO uses all the time over the old phone system, would state Lt/Warden gave him permission to do so.

26. WE DONT HAVE ADEQUATE CLEANING SUPPLIES ON THE POD WE GET 2 BOTTLES OF CLEANER THAT WE HAVE TO CHECK OUT WITH OUR ID BADGES NOW AND WHEN THE POD RUNS OUT FOR THE DAY THEN WE ARE OUT AND CAN NOT GET THEM REFILLED UNTIL THE NEXT DAY WHEN THE THE CLEANERS COME SO WE CANT CLEAN OUR ROOMS OR SPRAY THE SHOWERS DOWN AFTER USE. ALSO SOME OF THE PODS DO NOT HAVE A SQUEEGEE FOR THE SHOWER TO GET EXCESS WATER AFTER USE NOR DO ALL PODS HAVE BROOMS THEY HAVE TO BORROW BROOMS TO LET C POD AND F POD USE THEM FROM THE OTHER PODS

27. WHEN WE ARE LOCKED DOWN ALL DAY WE HAVE NO FRESH AIR OR VENTALATION OF AIR EXCEPEPT THE RECYCLYED AIR OF RUSTY OLD VENTS WHEN YOU HAVE 2 TO 5 INMATES IN A ROOM AND THEY HAVE BOWL MOVEMENTS OR HAVE GAS (FARTS) ALL DAY YOU HAVE TO SMELL AND INHALE THAT ALL DAY WHEN LOCKED DOWN AND NO SPRAY ( AS WE WOULD MAKE OUR OWN AND PUT IN HAIR SPRAY BOTTLES JUST WITH CONDITONER OR SHAMPOO EVEN LAUNDRY DETERGENT AND WATER) TO AT LEAST GET THE SMELL GONE. WE GET THOSE BOTTLES TAKEN AND DESTROYED, SOMETIMES WE EVEN GET WROTE UP FOR IT ALSO not allowed to get rid of smell

28. THERE ARE TOWELS AND OR SHEETS STUFFED IN THE CHOW HALL AT AN EXIT DOOR AND ALSO AT A DOOR IN THE HALLWAY TO GO OUT TO THE YEAD yard WHERE WE DO SMUDGING OUTSIDE AS WHEN THE SNOW MELTS OR IT RAINS WATER GETS INSIDE AND FLOODS THE FLOORS

29. METAL BEDS ARE ON IN THE TOWER AND WE WERE TOLD BY MAINTANCE THEY WERE TO TAKE THOSE OUT OF HERE BUT THEY COULDNT AS THEY WOULDNT HAVE ENOUGH BEDS AND WARDEN NEEDED ROOM TO HOUSE MORE INMATES AND THE METAL BEDS ARE 3 HIGH AND THE ONLY ONE YOU CAN SIT UP ON IS THE TOP ONE. THE MIDDLE AND BOTTOM ARE LIKE A COFFIN YOU CAN BARELY ROLL OVER WITH OUT HITTING YOUR HEAD ALONG WITH BARELY BEING ABLE TO MAKE THE BED AND WE HAVE TO

USE THE TOOD STOOLS, AND WE GET INTO TROUBLE IF CAUGHT STANDING OR STEPPING ON THOSE ARE THEY ARE NOT MEANT FOR THAT AND THEY ARE A ~~TRIPPING~~ Fall HAZARD ANYWAYS AND THAT IS THE ONLY WAY TO GET UP OR DOWN FROM THE MIDDLE BUNK OF THOSE BEDS ALONG WITH THE TOP BUNK BARLEY HAS A RAIL TO KEEP SOMEONE FROM FALLING AND MIDDLE ONE DOES NOT JUST LADDER ON ONE SIDE

30. WE DONT HAVE ACCESS TO LAW LIBRARY ULESS IT IS OUR LIBRARY TIME AND INMATE WORKERS HAVE NO IDEA ON LAW LIBRARY TO HELP ASSIST IN ANYTHING

31. ** WE ARE TOLD AS INMATES WE ARE TO FOLLOW BY EXAMPLE OF OUR STAFF AND ALSO TO OUR FELLOW INMATES TO LEAD BY EXAMPLE -- HOW ARE WE TO FOLLOW BY EXAMPLE WHEN FROM WARDEN ON DOWN WE GET IGNORED LT, SGT ON DOWN WE GET THREATENED CURSSED AT THREATENED, SEE THEM HAVING RELATIONSHIPS WITH EACH OTHER HORSEPLAYING BULLYING CHOOSING SIDES PICKING FAVORITES, ETC????? I (we) want to make a difference so this place is safe and help inmates become a better citizen and reabilitate themselves and have a voice.

32. CLASSIFICATION OF INMATES IS NOT RIGHT (MIN, MED MIXED) ETC. THEY HAVE ALL KINDS OF OFFENDERS HOUSED TOGETHER. THEY CHOOSE TO MOVE INMATE AROUND SEP-NOV OF '22' SO THEY WOULD NOT HAVE TO PUT CELL DOORS ON G/H POD. H-POD is to be MEDICAL/SEVERE MENTAL HEALTH AND HAS OTHER INMATES THERE, AND G POD 1/2 of it is THE DOG POD THE OTHER IS NOW AN INCENATIVE POD (MENTOR POD) WHICH IS NOTHING.

33. (ALPHA) A-POD IS TO BE CLOSED CUSTODY, ACCORDING TO POLICY BOOK THEY ARE TO BE MONITORED CLOSELY AT ALL TIMES. THEY ARE NOT AS THEY ARE ALLOWED TO WORK JOBS, GO ON MOVEMENT INTERACT WITH OTHER PODS AT MOVEMENT.

34. STAFF DOZE OFF ALOT WHILE SITTING ON PODS, DURING VISITING HOURS

35. 2 STAFF FLIRTING (AS THEY WERE ARE ENGAGED/DATING) OUT AT YARD FIGHT BROKE OUT & INMATES THEY DIDNT NOTICE UNTIL INMATE CHEERING YELLING